

Claims Register as of 10/4/2021
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Source One Packaging, LLC | Attn: Richard Perillo | 20 Commerce Dr | Unit A | | Hauppauge | NY | 11788 | | 03/10/2021 | General Unsecured | $9,262.00 | $9,262.00 | | | |
| 2 | Bradford Capital Holdings LP | Attn: Brian L. Brager | PO Box 4353 | | | Clifton | NJ | 07012 | | 03/10/2021 | General Unsecured | $695.00 | $695.00 | | | |
| 7 | Seasons | Attn: Eduardo Mejia | 1698 San Gabriel Ave | | | Ventura | CA | 93004 | | 03/11/2021 | Priority | $23,274.00 | | | $23,274.00 | |
| 10 | Vortex Industries Inc | Attn: Michelle Crecelius | 20 Odyssey | | | Irvine | CA | 92618 | | 03/15/2021 | General Unsecured | $0.00 | Expunged | | | |
| 11 | Zee Medical Service Co. #34 | | 107 Bryant St | | | Ojai | CA | 93023 | | 03/15/2021 | General Unsecured | $3,320.58 | $3,320.58 | | | |
| 12 | Liberty Packaging | dba Harbor Packaging | 13100 Danielson St | | | Poway | CA | 92064 | | 03/15/2021 | General Unsecured | $58,185.41 | $58,185.41 | | | |
| 15 | Clark Pest Control | Attn: Lynette Smith Credit & Collections Manager | 555 N Guild Ave | | | Lodi | CA | 95240 | | 03/16/2021 | General Unsecured | $5,620.00 | $5,620.00 | | | |
| 16 | Specialty Tool & Mold Inc. | Attn: Eric Roggenbuck | 4542 Roger B. Chaffee Blvd SE | | | Grand Rapids | MI | 49548-7522 | | 03/16/2021 | General Unsecured | $11,900.00 | $11,900.00 | | | |
| 21 | Euler Hermes N.A. as agent for PAARANG US INC. (CLUS001441) | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 03/17/2021 | General Unsecured | $122,719.75 | $122,719.75 | | | |
| 32 | International Paper Company | Attn: Emma Dery | 1740 International Dr | | | Memphis | TN | 38197 | | 03/17/2021 | General Unsecured Administrative Priority | $48,356.41 | $18,564.79 | | | $29,791.62 |
| 35 | Marco Associates LLC | Attn: Mark William Sementilli | 225 Sea Winds Dr | | | Santa Rosa Beach | FL | 32459 | | 03/18/2021 | General Unsecured | $41,666.65 | $41,666.65 | | | |
| 41 | OCI International Inc. | Attn: Sharon Beausoleil | 1000 Louisiana St | Suite 2000 | | Houston | TX | 77002 | | 03/19/2021 | General Unsecured | $507,931.98 | $507,931.98 | | | |
| 42 | Juarez Pallets | Attn: Gustavo Juarez | 1201 Cesar Chavez Dr | | | Oxnard | CA | 93030 | | 03/20/2021 | General Unsecured Administrative Priority | $33,264.00 | $19,943.00 | | | $13,321.00 |
| 45 | Service-Pro Fire Protection Inc. | | PO Box 20144 | | | Oxnard | CA | 93034 | | 03/23/2021 | General Unsecured | $2,578.59 | $2,578.59 | | | |
| 48 | Zoro Tools Inc. | Attn: Credit Services | PO Box 5233 | 401 S Wright Rd | | Janesville | WI | 53547-5233 | | 03/23/2021 | General Unsecured | $1,569.80 | $1,569.80 | | | |
| 53 | Quill | c/o Staples Business Advantage | Attn: Tom Riggleman | 7 Technology Circle | | Columbia | SC | 29203 | | 03/22/2021 | General Unsecured Administrative Priority | $3,367.89 | $2,608.91 | | | $758.98 |
| 56 | Premier Water Management LLC | Attn: Janet Chacon | PO Box 22655 | | | Santa Barbara | CA | 93121 | | 03/23/2021 | General Unsecured | $2,399.80 | $2,399.80 | | | |
| 58 | Premier Trailer Leasing | Attn: Sarah Bradbury, General Counsel | 5201 Tennyson Pkwy | Suite 250 | | Plano | TX | 75024 | | 03/23/2021 | General Unsecured | $1,203.32 | $1,203.32 | | | |
| 61 | CE Capital LLC | Attn: Marty Conlin | 2 Great Valley Pkwy | Suite 300 | | Malvern | PA | 19355 | | 03/24/2021 | General Unsecured | $0.00 | Expunged | | | |
| 62 | CE Capital LLC | Attn: Marty Conlin | 2 Great Valley Pkwy | Suite 300 | | Malvern | PA | 19355 | | 03/24/2021 | Secured | $0.00 | | Expunged | | |
| 67 | Silvas Oil Co. Inc. | Attn: Patty Jeschien | PO Box 1048 | | | Fresno | CA | 93714-1048 | | 03/24/2021 | General Unsecured | $0.00 | Expunged | | | |
| 73 | System Packaging Co. | | 5690 Rickenbacker Rd | | | Bell | CA | 90201 | | 03/25/2021 | General Unsecured | $10,777.03 | $10,777.03 | | | |
| 74 | Harrington Industrial Plastics | Attn: Cynthia Fedele | 14480 Yorba Ave | | | Chino | CA | 91710 | | 03/25/2021 | General Unsecured | $1,796.28 | $1,796.28 | | | |
| 80 | Graham Engineering Corporation | Attn: Traci Miller | 1203 Eden Rd | | | Yok | PA | 17402 | | 03/26/2021 | General Unsecured | $4,740.46 | $4,740.46 | | | |
| 81 | Tooling Technology LLC | Attn: Gene B Ranly | 100 Enterprise Dr | | | Fort Loramie | OH | 45845 | | 03/26/2021 | General Unsecured | $4,848.90 | $4,848.90 | | | |
| 85 | Department of Treasury | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 03/29/2021 | General Unsecured Priority | $0.00 | Expunged | | Expunged | |
| 88 | Marlin Software LLC | c/o Marlin Software LLC | Attn: Andrew Ceccorulli | Dept CH 17896 | | Palatine | IL | 60055-7896 | | 03/29/2021 | General Unsecured | $1,650.00 | $1,650.00 | | | |
| 89 | Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | 965 Keynote Circle | | Brooklyn Heights | OH | 44131 | | 03/29/2021 | General Unsecured | $0.00 | Expunged | | | |
| 91 | CanTech Industries LLC | Attn: Majid Ahmadi | 1825 Diamond St | Suite 102 | | San Marcos | CA | 92078 | | 03/29/2021 | Administrative Priority | $2,200.00 | | | | $2,200.00 |
| 92 | Donaldson Company Inc. | Attn: Scott Woitas | PO Box 207356 | | | Dallas | TX | 75320-7356 | | 03/30/2021 | General Unsecured | $1,474.36 | $1,474.36 | | | |
| 95 | Ontario Die USA | Brad Garraway | 110 Randall Dr | PO Box 70 | | Waterloo | ON | N2V 1C6 | Canada | 03/30/2021 | General Unsecured | $19,970.00 | $19,970.00 | | | |
| 100 | Future Alloys Inc. | | 20151 Bahama St | | | Chatsworth | CA | 91311 | | 04/01/2021 | Administrative Priority | $2,347.00 | | | | $2,347.00 |
| 103 | Nasons Lock & Safe Inc. | | 2418 Saviers Rd | | | Oxnard | CA | 93033 | | 04/01/2021 | General Unsecured Administrative Priority | $877.46 | $315.00 | | | $562.46 |
| 104 | Provoast Automation Controls | Attn: Kathleen Provoast | 12635 Danielson Ct | Suite 205 | | Poway | CA | 92064 | | 03/30/2021 | General Unsecured | $4,789.21 | $4,789.21 | | | |
| 105 | Provoast Automation Controls | Attn: Kathleen Provoast | 12635 Danielson Ct | Suite 205 | | Poway | CA | 92064 | | 03/30/2021 | Administrative Priority | $2,491.28 | | | | $2,491.28 |
| 107 | Ventura County Tax Collector | c/o Bankruptcy | 800 S Victoria Ave | | | Ventura | CA | 93009-1290 | | 03/31/2021 | Priority | $0.00 | | | Expunged | |
| 108 | Southern California Edison Company | Attn: Tammy McCuller | 1551 W San Bernardino Rd | | | Covina | CA | 91722 | | 03/25/2021 | General Unsecured | $1,175,155.91 | $1,175,155.91 | | | |
| 109 | Uline | Attn: Nancy L Halcom | 12575 Uline Dr | | | Pleasant Prairie | WI | 53158 | | 03/30/2021 | General Unsecured Administrative Priority | $14,585.45 | $10,744.57 | | | $3,840.88 |
| 111 | Wells Fargo Bank, N.A. | c/o Wells Fargo Equipment Finance, MSG | Attn: La Neice Scott | 800 Walnut St | MAC F0005-055 | Des Moines | IA | 50309 | | 04/01/2021 | General Unsecured | $52,558.42 | $52,558.42 | | | |
| 114 | Euler Hermes N.A as agent for FAIRMONT LOGISTICS LLC (CLUS001577) | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 04/05/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 117 | Hoover Transit Inc. | c/o Alexander Winton & Associates | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 04/05/2021 | General Unsecured | $7,279.00 | $7,279.00 | | | |
| 118 | Hoover Transit Inc. | c/o Alexander Winton & Associates | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 04/05/2021 | General Unsecured | $41,400.00 | $41,400.00 | | | |
| 119 | Hoover Transit Inc. | c/o Alexander Winton & Associates | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 04/05/2021 | General Unsecured | $6,800.00 | $6,800.00 | | | |
| 121 | Euler Hermes N.A as Agent for STS OPERATING, INC. | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 04/06/2021 | General Unsecured | $3,890.86 | $3,890.86 | | | |
| 125 | Hoover Transit Inc. | c/o Alexander Winton & Associates | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 04/06/2021 | General Unsecured | $900.00 | $900.00 | | | |
| 128 | Belmark Inc. | | 600 Heritage Rd | | | De Pere | WI | 54115 | | 04/06/2021 | General Unsecured | $0.00 | Expunged | | | |
| 132 | Bradford Capital Holdings LP | Attn: Brian L. Brager | PO Box 4353 | | | Clifton | NJ | 07012 | | 04/08/2021 | Administrative Priority | $27,590.00 | | | | $27,590.00 |
| 134 | West Coast Air Conditioning | | 561-A Kinetic Dr | | | Oxnard | CA | 93030 | | 04/08/2021 | General Unsecured | $0.00 | Expunged | | | |
| 135 | Packaging Corporation of America | Attn: Credit Department | 1 N Field Ct | | | Lake Forest | IL | 60045 | | 04/08/2021 | General Unsecured Administrative Priority | $8,979.32 | $5,536.65 | | | $3,442.67 |
| 136 | SoCalGas | Attn: Abiola Dawodu | PO Box 30337 | | | Los Angeles | CA | 90030 | | 04/06/2021 | General Unsecured | $22,224.10 | $22,224.10 | | | |
| 137 | Pacific Water Conditioning | Attn: Gary Helms | 2040 Eastman Ave | | | Oxnard | CA | 93030 | | 04/08/2021 | General Unsecured | $721.16 | $721.16 | | | |
| 149 | TR Chem Solutions LLC | Attn: Thomas Rissmann | 6615 Grand Ave | Suite B-118 | | Gurnee | IL | 60031 | | 04/14/2021 | General Unsecured | $3,422.40 | $3,422.40 | | | |
| 153 | GreatWay Roofing | Attn: Dawn Espinosa | 622 Calle Plano | | | Camarillo | CA | 93012 | | 04/15/2021 | General Unsecured | $965.00 | $965.00 | | | |
| 159 | W.W. Grainger Inc. | | 401 S Wright Rd | W4W.R47 | | Janesville | WI | 53546 | | 04/16/2021 | General Unsecured Priority | $5,218.43 | $4,008.99 | | $1,209.44 | |
| 160 | VFK Head Corp. | | Rm A-801, WooLim Blue-Nine | Yeomchang-dong 240-21 | Kangseo-gu | Seoul | | | South Korea | 04/16/2021 | General Unsecured | $14,462.00 | $14,462.00 | | | |
| 161 | Sterling Industries LP | Attn: Louis Rainer | 1621 E 27th St | | | Los Angeles | CA | 90011 | | 04/16/2021 | General Unsecured Administrative Priority | $422,753.93 | $306,606.43 | | | $116,147.50 |
| 169 | Thermoformer Parts Suppliers | | 3818 Terry Diane | | | Beaverton | MI | 48612 | | 04/19/2021 | General Unsecured | $5,905.82 | $5,905.82 | | | |
| 170 | Plast-Control Inc. | | 69 Venture Dr | Unit 3 | | Dover | NH | 03820-5930 | | 04/19/2021 | General Unsecured | $3,449.68 | $3,449.68 | | | |
| 174 | CMT Materials Inc. | Attn: Anthony Colageo | 107 Frank Mossberg Dr | | | Attleboro | MA | 02703 | | 04/20/2021 | General Unsecured | $864.15 | $864.15 | | | |
| 177 | Motion Industries | | 1605 Alton Road | | | Irondale | AL | 35210 | | 04/13/2021 | General Unsecured | $29,149.69 | $29,149.69 | | | |
| 179 | Brown LLC | Attn: Chris Sparks | 330 N Ross St | PO Box 434 | | Beaverton | MI | 48612 | | 04/19/2021 | General Unsecured | $11,265.98 | $11,265.98 | | | |
| 185 | Arro-Jet Engineering & Consulting | Attn: Jose Luis Arce | 1115 Avenida Acaso | Suite J | | Camarillo | CA | 93012 | | 04/21/2021 | General Unsecured | $3,442.00 | $3,442.00 | | | |
| 187 | Delta Liquid Energy | Attn: Gary A. Sage | PO Box 3068 | | | Paso Robles | CA | 93447 | | 04/21/2021 | General Unsecured Administrative Priority | $6,896.24 | $4,171.39 | | | $2,724.85 |
| 189 | Ontario Refrigeration Service Inc. | Attn: Jessica Nomura | 635 S Mountain Ave | | | Ontario | CA | 91762 | | 04/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 190 | KIEFER Werkzeugbau GmbH | | Steinhäldenstraße 11 | | | Schwaigern | | D-74193 | Deutschland | 04/22/2021 | General Unsecured | $0.00 | Expunged | | | |
| 192 | Willdan Energy Solutions | Attn: Barbara Schoor | 2701 Loker Ave W | Suite 107 | | Carlsbad | CA | 92010 | | 04/22/2021 | General Unsecured | $52,982.34 | $52,982.34 | | | |
| 193 | F.G. Wilcox Inc. | | PO Box 5231 | | | Oxnard | CA | 93031 | | 04/22/2021 | General Unsecured | $396.37 | $396.37 | | | |
| 194 | River City Wood Products LLC | Attn: Claudia Kiefer | 19885 Detroit Rd | Suite 3200 | | Rocky River | OH | 44116 | | 04/22/2021 | General Unsecured Administrative Priority | $14,428.20 | $10,420.40 | | | $4,007.80 |
| 199 | Kiefer Werkzeugbau GmbH | | Steinhäldenstraße 11 | | | Schwaigern | | 74193 | Germany | 04/23/2021 | General Unsecured | $36,832.00 | $36,832.00 | | | |
| 208 | Nolan Transportation Group LLC | Attn: Legal Department | 400 Northridge Rd | Suite 1000 | | Atlanta | GA | 30350 | | 04/23/2021 | General Unsecured | $28,880.00 | $28,880.00 | | | |
| 209 | Reifenhauser Inc. | Attn: Kevin Mayer | PO Box 489 | 12260 W 53rd St N | | Maize | KS | 67101 | | 04/23/2021 | General Unsecured | $3,059.34 | $3,059.34 | | | |



Claims Register as of 10/4/2021
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 213 | Trinity Logistics Inc. | Attn: Doug Potvin | 50 Fallon Ave | PO Box 1620 | | Seaford | DE | 19973 | | 04/26/2021 | General Unsecured | $2,085.93 | $2,085.93 | | | |
| 215 | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Avenue of the Americas | 41st Floor | | New York | NY | 10036 | | 04/26/2021 | General Unsecured | $12,260.04 | $12,260.04 | | | |
| 219 | Superior Sanitary Supplies | | 1730 Ives Ave | | | Oxnard | CA | 93033 | | 04/26/2021 | General Unsecured | $5,366.23 | $5,366.23 | | | |
| 220 | West Coast Electric Motors | Attn: Shannon | 1126 E 5th St | | | Oxnard | CA | 93030 | | 04/26/2021 | Secured | $8,152.36 | | $8,152.36 | | |
| 227 | JDML Inc. | dba Standard Industries | 1905 Lirio Ave | | | Ventura | CA | 93004 | | 04/28/2021 | General Unsecured | $35,014.75 | $35,014.75 | | | |
| 229 | American Machinery Movers | c/o Constanta Investment LLC | Attn: Alex Ciuca | PO Box 331155 | | Pacoima | CA | 91333 | | 04/28/2021 | General Unsecured | $55,716.00 | $55,716.00 | | | |
| 231 | Haas Factory Outlet | | 108 McDonough St | | | Dayton | OH | 45402 | | 04/29/2021 | General Unsecured | $2,118.75 | $2,118.75 | | | |
| 239 | Silvas Oil Co. Inc. | ATTN: PATTY JESCHIEN | PO Box 1048 | | | Fresno | CA | 93714-1048 | | 04/30/2021 | General Unsecured | $10,289.81 | $10,289.81 | | | |
| 240 | MSC Industrial Supply | | 75 Maxess Rd | | | Melville | NY | 11747 | | 04/30/2021 | General Unsecured Administrative Priority | $5,423.92 | $5,053.95 | | | $369.97 |
| 247 | Revel Environmental Manufacturing Inc. | Attn: Judith Hart | 960 B Detroit Ave | | | Concord | CA | 94518 | | 05/04/2021 | General Unsecured | $490.00 | $490.00 | | | |
| 249 | Rick Lopez Corp. | dba National Lift Fleet Leasing and Sales | Attn: Rick Lopez | 201 N Rice Ave | Unit G | Oxnard | CA | 93030 | | 05/04/2021 | General Unsecured Administrative Priority | $54,095.46 | $51,326.92 | | | $2,768.54 |
| 260 | Thermoforming Systems LLC | Attn: Stephen PH Rachlis, Esq | 328 No Broadway | 2nd Floor | | Nyack | NY | 10960 | | 05/07/2021 | General Unsecured | $21,388.16 | $21,388.16 | | | |
| 273 | Jose Reyes Services | | 12413 Hadley St | | | Whittier | CA | 90601-3916 | | 05/09/2021 | General Unsecured Administrative Priority | $28,470.00 | $23,385.00 | | | $5,085.00 |
| 278 | Miles Chemical Company Inc. | Attn: Tammy Simpers | 12801 Rangoon St | | | Arleta | CA | 91331 | | 05/11/2021 | General Unsecured | $7,829.00 | $7,829.00 | | | |
| 287 | PQ Recycling LLC | c/o Polyquest Inc. | Attn: Gerald A. Jeutter, Jr. | 150 Fayetteville St | Suite 2300 | Raleigh | NC | 27601 | | 05/12/2021 | General Unsecured | $3,240,584.20 | $3,240,584.20 | | | |
| 290 | Applied Industrial Technologies - CA LLC | Attn: Jordan Moore | 1 Applied Plaza | | | Cleveland | OH | 44115 | | 05/13/2021 | General Unsecured Administrative Priority | $32,931.08 | $21,648.39 | | | $11,282.69 |
| 292 | Tierney Industrial Warehouse | | 1401 W Cliff Dr | PO Box 442 | | Logansport | IN | 46947 | | 05/13/2021 | Secured | $1,080.00 | | $1,080.00 | | |
| 294 | Blue Ridge Bank, N.A. | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | 901 E Byrd St | Suite 1000 | Richmond | VA | 23219 | | 05/14/2021 | General Unsecured | $1,743,350.20 | $1,743,350.20 | | | |
| 297 | C.H. Robinson Worldwide Inc. | | 14701 Charlson Rd | | | Eden Prairie | MN | 55347 | | 05/10/2021 | General Unsecured | $131,674.87 | $131,674.87 | | | |
| 303 | Berks222 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik & Jeffrey S. Kwong | 10250 Constellation Blvd | Suite 1700 | Los Angeles | CA | 90067 | | 05/14/2021 | General Unsecured | $137,490.28 | $137,490.28 | | | |
| 307 | Tria America Inc. | | 10918 Granite St | | | Charlotte | NC | 28273 | | 05/17/2021 | General Unsecured Administrative Priority | $10,254.96 | $6,366.48 | | | $3,888.48 |
| 309 | Shannon Smith | | Address Redacted | | | | | | | 05/17/2021 | General Unsecured Priority | $23,887.00 | $23,887.00 | | $0.00 | |
| 310 | Nations Fund I LLC | c/o Farrell Fritz PC | Attn: Darren Pascarella & Patrick Collins | 400 RXR Plaza | | Uniondale | NY | 11530 | | 05/18/2021 | General Unsecured Administrative Priority | $3,938.14 | $3,938.14 | | | $0.00 |
| 313 | Benjamin J. Vobian | | Address Redacted | | | | | | | 05/18/2021 | Priority | $2,589.00 | | | $2,589.00 | |
| 315 | Nasrin Yadegari | | Address Redacted | | | | | | | 05/18/2021 | General Unsecured Priority | $18,445.00 | $18,445.00 | | $0.00 | |
| 318 | Kevin Dunn | | Address Redacted | | | | | | | 05/18/2021 | General Unsecured Priority | $6,310.00 | $6,310.00 | | $0.00 | |
| 331 | Gladis Ortiz | Attn: Moses Saul Bardavid | 15910 Ventura Blvd | Suite 1405 | | Encino | CA | 91436 | | 05/18/2021 | General Unsecured | $7,448,079.20 | $7,448,079.20 | | | |
| 332 | Gladis Ortiz | Attn: Moses Saul Bardavid | 15910 Ventura Blvd | Suite 1405 | | Encino | CA | 91436 | | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 338 | Fairmont Logistics LLC | | 9401 Wilshire Blvd | Suite 575 | | Beverly Hills | CA | 90212 | | 05/19/2021 | General Unsecured | $236,633.92 | $236,633.92 | | | |
| 353 | Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | | 05/19/2021 | Secured | $0.00 | | Expunged | | |
| 361 | Nahai Insurance Services Inc. | c/o Polsinelli LLP | Attn: Randye Soref | 2049 Century Park E | Suite 2900 | Los Angeles | CA | 90067 | | 05/19/2021 | General Unsecured | $10,470.93 | $10,470.93 | | | |
| 369 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 373 | Shell Energy North America (US) LP | c/o Shell Oil Company | Attn: Bankruptcy & Credit | 150 N Dairy Ashford Rd | Building F | Houston | TX | 77079 | | 05/20/2021 | General Unsecured Administrative Priority | $311,117.53 | $267,769.17 | | | $43,348.36 |
| 383 | Hong Zu Mould Enterprise Co. Ltd | | No.42-2, Ln | 49, Dongfeng St | Shulin Dist. | New Taipei City | | 238 | Taiwan | 05/21/2021 | General Unsecured | $34,115.51 | $34,115.51 | | | |
| 392 | Microsoft Corporation | c/o Fox Rothschild LLP | Attn: Maria A. Milano | 1001 4th Ave | Suite 4500 | Seattle | WA | 98154 | | 05/21/2021 | General Unsecured Administrative Priority | $1,777.56 | $1,364.50 | | | $413.06 |
| 394 | Bunzl Distribution USA LLC | c/o Thompson Coburn LLP | Attn: David D. Farrell, Esq. | One US Bank Plaza 505 N 7th St | Suite 2700 | Saint Louis | MO | 63101 | | 05/21/2021 | General Unsecured | unknown | | | | |
| 402 | Sam Hong | | Address Redacted | | | | | | | 05/21/2021 | General Unsecured | $276,373.41 | $276,373.41 | | | |
| 403 | Allied Electronics Inc. | | 7151 Jack Newell Blvd S | | | Fort Worth | TX | 76118 | | 05/14/2021 | General Unsecured | $1,750.36 | $1,750.36 | | | |
| 404 | McMaster-Carr Supply Co | Attn: Andrew Thorn | 9630 Norwalk Blvd | | | Santa Fe Springs | CA | 90670 | | 05/18/2021 | General Unsecured Administrative Priority | $16,758.85 | $9,978.34 | | | $6,780.51 |
| 407 | Knobbe Martens Olson & Bear LLP | Attn: Aubrie Buckley | 2040 Main St | 14th Floor | | Irvine | CA | 92614 | | 05/21/2021 | General Unsecured | $6,634.18 | $6,634.18 | | | |
| 408 | McMaster-Carr Supply Co | Attn: Andrew Thorn | 9630 Norwalk Blvd | | | Santa Fe Springs | CA | 90670 | | 05/24/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 411 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | | 06/04/2021 | Secured | $0.00 | | Expunged | | |
| 412 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | | 06/07/2021 | Secured | $0.00 | | Expunged | | |
| 424 | Department of Treasury | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 06/18/2021 | General Unsecured Priority | $126.25 | $4.78 | | $121.47 | |
| 425 | Ventura County Tax Collector | c/o Bankruptcy | 800 S Victoria Ave | | | Ventura | CA | 93009-1290 | | 06/17/2021 | Priority | $741,462.63 | | | $741,462.63 | |
| 429 | California Department of Tax and Fee Administration | | PO Box 942879 | | | Sacramento | CA | 94279-0055 | | 06/18/2021 | Priority | $1,244.00 | | | $1,244.00 | |
| 430 | Smith Corona | Attn: Diane Schmitt | 3830 Kelley Ave | | | Cleveland | OH | 44114 | | 06/22/2021 | General Unsecured | $0.00 | Expunged | | | |
| 435 | Capco Analytical Services Inc. | | 2978 Seaborg Ave | Suite 4 | | Ventura | CA | 93003 | | 06/25/2021 | General Unsecured | $340.00 | $340.00 | | | |
| 437 | Law Office of Michael R. Shevlin | Attn: Michael Shevlin | 9330 Fletcher Dr | | | La Mesa | CA | 91941 | | 06/26/2021 | Administrative Priority | $6,060.00 | | | | $6,060.00 |
| 440 | STAMPCO | Attn: Stephanie | 1754 E Main St | | | Ventura | CA | 93001 | | 06/29/2021 | Administrative Priority | $487.85 | | | | $487.85 |
| 459 | Cabanillas, Edgar | | Address Redacted | | | | | | | 07/12/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 471 | California Department of Tax and Fee Administration | Attn: Collections Support Bureau | PO Box 942879 | MIC:55 | | Sacramento | CA | 94279-0055 | | 07/19/2021 | Administrative Priority | $5,714.67 | | | | $5,714.67 |
| 474 | Shell Energy North America (US) LP | c/o Shell Oil Company | Attn: Bankruptcy & Credit | 150 N Dairy Ashford Rd | Building F | Houston | TX | 77079 | | 07/22/2021 | Administrative Priority | $3,238.48 | | | | $3,238.48 |
| 480 | Zemarc Corporation | Attn: Margarita Hristeva | 6431 Flotilla St | | | Commerce | CA | 90040 | | 07/22/2021 | General Unsecured Administrative Priority | $3,292.17 | $2,215.38 | | | $1,076.79 |
| 488 | Franchise Tax Board | Attn: Bankruptcy Section | PO Box 2952 | MS A340 | | Sacramento | CA | 95812-2952 | | 08/03/2021 | Priority | $800.00 | | | $800.00 | |
| 501 | Clark Pest Control of Stockton Inc. | | PO Box 1480 | | | Lodi | CA | 95241 | | 08/16/2021 | Administrative Priority | $4,566.25 | | | | $4,566.25 |
| 506 | U.S. Customs and Border Protection | Attn: Revenue Division, Bankruptcy Team | 6650 Telecom Dr | Suite 100 | | Indianapolis | IN | 46278 | | 08/31/2021 | Priority | $0.00 | | | 0.00 + unliq/contingent | |
| 508 | Ventura County Tax Collector | c/o Bankruptcy | Attn: Mary K. Barnes | 800 S Victoria Ave | | Ventura | CA | 93009-1290 | | 09/22/2021 | Priority | $1,098,655.93 | | | $1,098,655.93 | |



Claims Register as of 10/4/2021
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 403 | Allied Electronics Inc. | | 7151 Jack Newell Blvd S | | | Fort Worth | TX | 76118 | | 05/14/2021 | General Unsecured | $1,750.36 | $1,750.36 | | | |
| 229 | American Machinery Movers | c/o Constanta Investment LLC | Attn: Alex Ciuca | PO Box 331155 | | Pacoima | CA | 91333 | | 04/28/2021 | General Unsecured | $55,716.00 | $55,716.00 | | | |
| 290 | Applied Industrial Technologies - CA LLC | Attn: Jordan Moore | 1 Applied Plaza | | | Cleveland | OH | 44115 | | 05/13/2021 | General Unsecured Administrative Priority | $32,931.08 | $21,648.39 | | | $11,282.69 |
| 185 | Arro-Jet Engineering & Consulting | Attn: Jose Luis Arce | 1115 Avenida Acaso | Suite J | | Camarillo | CA | 93012 | | 04/21/2021 | General Unsecured | $3,442.00 | $3,442.00 | | | |
| 369 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 128 | Belmark Inc. | | 600 Heritage Rd | | | De Pere | WI | 54115 | | 04/06/2021 | General Unsecured | $0.00 | Expunged | | | |
| 313 | Benjamin J. Vobian | | Address Redacted | | | | | | | 05/18/2021 | Priority | $2,589.00 | | | $2,589.00 | |
| 303 | Berks222 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik & Jeffrey S. Kwong | 10250 Constellation Blvd | Suite 1700 | Los Angeles | CA | 90067 | | 05/14/2021 | General Unsecured | $137,490.28 | $137,490.28 | | | |
| 294 | Blue Ridge Bank, N.A. | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | 901 E Byrd St | Suite 1000 | Richmond | VA | 23219 | | 05/14/2021 | General Unsecured | $1,743,350.20 | $1,743,350.20 | | | |
| 2 | Bradford Capital Holdings LP | Attn: Brian L. Brager | PO Box 4353 | | | Clifton | NJ | 07012 | | 03/10/2021 | General Unsecured | $695.00 | $695.00 | | | |
| 132 | Bradford Capital Holdings LP | Attn: Brian L. Brager | PO Box 4353 | | | Clifton | NJ | 07012 | | 04/08/2021 | Administrative Priority | $27,590.00 | | | | $27,590.00 |
| 179 | Brown LLC | Attn: Chris Sparks | 330 N Ross St | PO Box 434 | | Beaverton | MI | 48612 | | 04/19/2021 | General Unsecured | $11,265.98 | $11,265.98 | | | |
| 394 | Bunzl Distribution USA LLC | c/o Thompson Coburn LLP | Attn: David D. Farrell, Esq. | One US Bank Plaza 505 N 7th St | Suite 2700 | Saint Louis | MO | 63101 | | 05/21/2021 | General Unsecured | $0.00 | unknown | | | |
| 297 | C.H. Robinson Worldwide Inc. | | 14701 Charlson Rd | | | Eden Prairie | MN | 55347 | | 05/10/2021 | General Unsecured | $131,674.87 | $131,674.87 | | | |
| 459 | Cabanillas, Edgar | | Address Redacted | | | | | | | 07/12/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 411 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | | 06/04/2021 | Secured | $0.00 | | Expunged | | |
| 412 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | | 06/07/2021 | Secured | $0.00 | | Expunged | | |
| 429 | California Department of Tax and Fee Administration | | PO Box 942879 | | | Sacramento | CA | 94279-0055 | | 06/18/2021 | Priority | $1,244.00 | | | $1,244.00 | |
| 471 | California Department of Tax and Fee Administration | Attn: Collections Support Bureau | PO Box 942879 | MIC:55 | | Sacramento | CA | 94279-0055 | | 07/19/2021 | Administrative Priority | $5,714.67 | | | | $5,714.67 |
| 91 | CanTech Industries LLC | Attn: Majid Ahmadi | 1825 Diamond St | Suite 102 | | San Marcos | CA | 92078 | | 03/29/2021 | Administrative Priority | $2,200.00 | | | | $2,200.00 |
| 435 | Capco Analytical Services Inc. | | 2978 Seaborg Ave | Suite 4 | | Ventura | CA | 93003 | | 06/25/2021 | General Unsecured | $340.00 | $340.00 | | | |
| 61 | CE Capital LLC | Attn: Marty Conlin | 2 Great Valley Pkwy | Suite 300 | | Malvern | PA | 19355 | | 03/24/2021 | General Unsecured | $0.00 | Expunged | | | |
| 62 | CE Capital LLC | Attn: Marty Conlin | 2 Great Valley Pkwy | Suite 300 | | Malvern | PA | 19355 | | 03/24/2021 | Secured | $0.00 | | Expunged | | |
| 15 | Clark Pest Control | Attn: Lynette Smith Credit & Collections Manager | 555 N Guild Ave | | | Lodi | CA | 95240 | | 03/16/2021 | General Unsecured | $5,620.00 | $5,620.00 | | | |
| 501 | Clark Pest Control of Stockton Inc. | | PO Box 1480 | | | Lodi | CA | 95241 | | 08/16/2021 | Administrative Priority | $4,566.25 | | | | $4,566.25 |
| 174 | CMT Materials Inc. | Attn: Anthony Colageo | 107 Frank Mossberg Dr | | | Attleboro | MA | 02703 | | 04/20/2021 | General Unsecured | $864.15 | $864.15 | | | |
| 187 | Delta Liquid Energy | Attn: Gary A. Sage | PO Box 3068 | | | Paso Robles | CA | 93447 | | 04/21/2021 | General Unsecured Administrative Priority | $6,896.24 | $4,171.39 | | | $2,724.85 |
| 85 | Department of Treasury | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 03/29/2021 | General Unsecured Priority | $0.00 | Expunged | | Expunged | |
| 424 | Department of Treasury | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 06/18/2021 | General Unsecured Priority | $126.25 | $4.78 | | $121.47 | |
| 92 | Donaldson Company Inc. | Attn: Scott Woitas | PO Box 207356 | | | Dallas | TX | 75320-7356 | | 03/30/2021 | General Unsecured | $1,474.36 | $1,474.36 | | | |
| 114 | Euler Hermes N.A as agent for FAIRMONT LOGISTICS LLC (CLUS001577) | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 04/05/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 121 | Euler Hermes N.A as Agent for STS OPERATING, INC. | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 04/06/2021 | General Unsecured | $3,890.86 | $3,890.86 | | | |
| 21 | Euler Hermes N.A. as agent for PAARANG US INC. (CLUS001441) | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 03/17/2021 | General Unsecured | $122,719.75 | $122,719.75 | | | |
| 193 | F.G. Wilcox Inc. | | PO Box 5231 | | | Oxnard | CA | 93031 | | 04/22/2021 | General Unsecured | $396.37 | $396.37 | | | |
| 215 | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Avenue of the Americas | 41st Floor | | New York | NY | 10036 | | 04/26/2021 | General Unsecured | $12,260.04 | $12,260.04 | | | |
| 338 | Fairmont Logistics LLC | | 9401 Wilshire Blvd | Suite 575 | | Beverly Hills | CA | 90212 | | 05/19/2021 | General Unsecured | $236,633.92 | $236,633.92 | | | |
| 488 | Franchise Tax Board | Attn: Bankruptcy Section | PO Box 2952 | MS A340 | | Sacramento | CA | 95812-2952 | | 08/03/2021 | Priority | $800.00 | | | $800.00 | |
| 100 | Future Alloys Inc. | | 20151 Bahama St | | | Chatsworth | CA | 91311 | | 04/01/2021 | Administrative Priority | $2,347.00 | | | | $2,347.00 |
| 331 | Gladis Ortiz | Attn: Moses Saul Bardavid | 15910 Ventura Blvd | Suite 1405 | | Encino | CA | 91436 | | 05/18/2021 | General Unsecured | $7,448,079.20 | $7,448,079.20 | | | |
| 332 | Gladis Ortiz | Attn: Moses Saul Bardavid | 15910 Ventura Blvd | Suite 1405 | | Encino | CA | 91436 | | 05/18/2021 | General Unsecured | $0.00 | $5.00 | | | |
| 80 | Graham Engineering Corporation | Attn: Traci Miller | 1203 Eden Rd | | | Yok | PA | 17402 | | 03/26/2021 | General Unsecured | $4,740.46 | $4,740.46 | | | |
| 153 | GreatWay Roofing | Attn: Dawn Espinosa | 622 Calle Plano | | | Camarillo | CA | 93012 | | 04/15/2021 | General Unsecured | $965.00 | $965.00 | | | |
| 231 | Haas Factory Outlet | | 108 McDonough St | | | Dayton | OH | 45402 | | 04/29/2021 | General Unsecured | $2,118.75 | $2,118.75 | | | |
| 74 | Harrington Industrial Plastics | Attn: Cynthia Fedele | 14480 Yorba Ave | | | Chino | CA | 91710 | | 03/25/2021 | General Unsecured | $1,796.28 | $1,796.28 | | | |
| 383 | Hong Zu Mould Enterprise Co. Ltd | | No.42-2, Ln | 49, Dongfeng St | Shulin Dist. | New Taipei City | | 238 | Taiwan | 05/21/2021 | General Unsecured | $34,115.51 | $34,115.51 | | | |
| 117 | Hoover Transit Inc. | c/o Alexander Winton & Associates | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 04/05/2021 | General Unsecured | $7,279.00 | $7,279.00 | | | |
| 118 | Hoover Transit Inc. | c/o Alexander Winton & Associates | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 04/05/2021 | General Unsecured | $41,400.00 | $41,400.00 | | | |
| 119 | Hoover Transit Inc. | c/o Alexander Winton & Associates | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 04/05/2021 | General Unsecured | $6,800.00 | $6,800.00 | | | |
| 125 | Hoover Transit Inc. | c/o Alexander Winton & Associates | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 04/06/2021 | General Unsecured | $900.00 | $900.00 | | | |
| 32 | International Paper Company | Attn: Emma Dery | 1740 International Dr | | | Memphis | TN | 38197 | | 03/17/2021 | General Unsecured Administrative Priority | $48,356.41 | $18,564.79 | | | $29,791.62 |
| 227 | JDML Inc. | dba Standard Industries | 1905 Lirio Ave | | | Ventura | CA | 93004 | | 04/28/2021 | General Unsecured | $35,014.75 | $35,014.75 | | | |
| 273 | Jose Reyes Services | | 12413 Hadley St | | | Whittier | CA | 90601-3916 | | 05/09/2021 | General Unsecured Administrative Priority | $28,470.00 | $23,385.00 | | | $5,085.00 |
| 42 | Juarez Pallets | Attn: Gustavo Juarez | 1201 Cesar Chavez Dr | | | Oxnard | CA | 93030 | | 03/20/2021 | General Unsecured Administrative Priority | $33,264.00 | $19,943.00 | | | $13,321.00 |
| 318 | Kevin Dunn | | Address Redacted | | | | | | | 05/18/2021 | General Unsecured Priority | $6,310.00 | $6,310.00 | | $0.00 | |
| 190 | KIEFER Werkzeugbau GmbH | | Steinhäldenstraße 11 | | | Schwaigern | | D-74193 | Deutschland | 04/22/2021 | General Unsecured | $0.00 | Expunged | | | |
| 199 | Kiefer Werkzeugbau GmbH | Attn: Claudia Kiefer | Steinhäldenstraße 11 | | | Schwaigern | | 74193 | Germany | 04/23/2021 | General Unsecured | $36,832.00 | $36,832.00 | | | |
| 407 | Knobbe Martens Olson & Bear LLP | Attn: Aubrie Buckley | 2040 Main St | 14th Floor | | Irvine | CA | 92614 | | 05/21/2021 | General Unsecured | $6,634.18 | $6,634.18 | | | |
| 437 | Law Office of Michael R. Shevlin | Attn: Michael Shevlin | 9330 Fletcher Dr | | | La Mesa | CA | 91941 | | 06/26/2021 | Administrative Priority | $6,060.00 | | | | $6,060.00 |
| 12 | Liberty Packaging | dba Harbor Packaging | 13100 Danielson St | | | Poway | CA | 92064 | | 03/15/2021 | General Unsecured | $58,185.41 | $58,185.41 | | | |
| 35 | Marco Associates LLC | Attn: Mark William Sementilli | 225 Sea Winds Dr | | | Santa Rosa Beach | FL | 32459 | | 03/18/2021 | General Unsecured | $41,666.65 | $41,666.65 | | | |
| 88 | Marlin Software LLC | c/o Marlin Software LLC | Attn: Andrew Ceccorulli | Dept CH 17896 | | Palatine | IL | 60055-7896 | | 03/29/2021 | General Unsecured | $1,650.00 | $1,650.00 | | | |
| 404 | McMaster-Carr Supply Co | Attn: Andrew Thorn | 9630 Norwalk Blvd | | | Santa Fe Springs | CA | 90670 | | 05/18/2021 | General Unsecured Administrative Priority | $16,758.85 | $9,978.34 | | | $6,780.51 |
| 408 | McMaster-Carr Supply Co | Attn: Andrew Thorn | 9630 Norwalk Blvd | | | Santa Fe Springs | CA | 90670 | | 05/24/2021 | General Unsecured | $0.00 | Expunged | | | Expunged |
| 392 | Microsoft Corporation | c/o Fox Rothschild LLP | Attn: Maria A. Milano | 1001 4th Ave | Suite 4500 | Seattle | WA | 98154 | | 05/21/2021 | General Unsecured Administrative Priority | $1,777.56 | $1,364.50 | | | $413.06 |
| 278 | Miles Chemical Company Inc. | Attn: Tammy Simpers | 12801 Rangoon St | | | Arleta | CA | 91331 | | 05/11/2021 | General Unsecured | $7,829.00 | $7,829.00 | | | |
| 177 | Motion Industries | | 1605 Alton Road | | | Irondale | AL | 35210 | | 04/13/2021 | General Unsecured | $29,149.69 | $29,149.69 | | | |



## Claims Register as of 10/4/2021
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | MSC Industrial Supply | | 75 Maxess Rd | | | Melville | NY | 11747 | | 04/30/2021 | General Unsecured Administrative Priority | $5,423.92 | $5,053.95 | | | $369.97 |
| 361 | Nahai Insurance Services Inc. | c/o Polsinelli LLP | Attn: Randye Soref | 2049 Century Park E | Suite 2900 | Los Angeles | CA | 90067 | | 05/19/2021 | General Unsecured | $10,470.93 | $10,470.93 | | | |
| 103 | Nasons Lock & Safe Inc. | | 2418 Saviers Rd | | | Oxnard | CA | 93033 | | 04/01/2021 | General Unsecured Administrative Priority | $877.46 | $315.00 | | | $562.46 |
| 315 | Nasrin Yadegari | | Address Redacted | | | | | | | 05/18/2021 | General Unsecured Priority | $18,445.00 | $18,445.00 | | $0.00 | |
| 310 | Nations Fund I LLC | c/o Farrell Fritz PC | Attn: Darren Pascarella & Patrick Collins | 400 RXR Plaza | | Uniondale | NY | 11530 | | 05/18/2021 | General Unsecured Administrative Priority | $3,938.14 | $3,938.14 | | | $0.00 |
| 89 | Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | 965 Keynote Circle | | Brooklyn Heights | OH | 44131 | | 03/29/2021 | General Unsecured | $0.00 | Expunged | | | |
| 208 | Nolan Transportation Group LLC | Attn: Legal Department | 400 Northridge Rd | Suite 1000 | | Atlanta | GA | 30350 | | 04/23/2021 | General Unsecured | $28,880.00 | $28,880.00 | | | |
| 41 | OCI International Inc. | Attn: Sharon Beausoleil | 1000 Louisiana St | Suite 2000 | | Houston | TX | 77002 | | 03/19/2021 | General Unsecured | $507,931.98 | $507,931.98 | | | |
| 95 | Ontario Die USA | Brad Garraway | 110 Randall Dr | PO Box 70 | | Waterloo | ON | N2V 1C6 | Canada | 03/30/2021 | General Unsecured | $19,970.00 | $19,970.00 | | | |
| 189 | Ontario Refrigeration Service Inc. | Attn: Jessica Nomura | 635 S Mountain Ave | | | Ontario | CA | 91762 | | 04/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 137 | Pacific Water Conditioning | Attn: Gary Helms | 2040 Eastman Ave | | | Oxnard | CA | 93030 | | 04/08/2021 | General Unsecured | $721.16 | $721.16 | | | |
| 135 | Packaging Corporation of America | Attn: Credit Department | 1 N Field Ct | | | Lake Forest | IL | 60045 | | 04/08/2021 | General Unsecured Administrative Priority | $8,979.32 | $5,536.65 | | | $3,442.67 |
| 170 | Plast-Control Inc. | | 69 Venture Dr | Unit 3 | | Dover | NH | 03820-5930 | | 04/19/2021 | General Unsecured | $3,449.68 | $3,449.68 | | | |
| 287 | PQ Recycling LLC | c/o Polyquest Inc. | Attn: Gerald A. Jeutter, Jr. | 150 Fayetteville St | Suite 2300 | Raleigh | NC | 27601 | | 05/12/2021 | General Unsecured | $3,240,584.20 | $3,240,584.20 | | | |
| 58 | Premier Trailer Leasing | Attn: Sarah Bradbury, General Counsel | 5201 Tennyson Pkwy | Suite 250 | | Plano | TX | 75024 | | 03/23/2021 | General Unsecured | $1,203.32 | $1,203.32 | | | |
| 56 | Premier Water Management LLC | Attn: Janet Chacon | PO Box 22655 | | | Santa Barbara | CA | 93121 | | 03/23/2021 | General Unsecured | $2,399.80 | $2,399.80 | | | |
| 104 | Provoast Automation Controls | Attn: Kathleen Provoast | 12635 Danielson Ct | Suite 205 | | Poway | CA | 92064 | | 03/30/2021 | General Unsecured | $4,789.21 | $4,789.21 | | | |
| 105 | Provoast Automation Controls | Attn: Kathleen Provoast | 12635 Danielson Ct | Suite 205 | | Poway | CA | 92064 | | 03/30/2021 | Administrative Priority | $2,491.28 | | | | $2,491.28 |
| 53 | Quill | c/o Staples Business Advantage | Attn: Tom Riggleman | 7 Technology Circle | | Columbia | SC | 29203 | | 03/22/2021 | General Unsecured Administrative Priority | $3,367.89 | $2,608.91 | | | $758.98 |
| 209 | Reifenhauser Inc. | Attn: Kevin Mayer | PO Box 489 | 12260 W 53rd St N | | Maize | KS | 67101 | | 04/23/2021 | General Unsecured | $3,059.34 | $3,059.34 | | | |
| 247 | Revel Environmental Manufacturing Inc. | Attn: Judith Hart | 960 B Detroit Ave | | | Concord | CA | 94518 | | 05/04/2021 | General Unsecured | $490.00 | $490.00 | | | |
| 249 | Rick Lopez Corp. | dba National Lift Fleet Leasing and Sales | Attn: Rick Lopez | 201 N Rice Ave | Unit G | Oxnard | CA | 93030 | | 05/04/2021 | General Unsecured Administrative Priority | $54,095.46 | $51,326.92 | | | $2,768.54 |
| 194 | River City Wood Products LLC | | 19885 Detroit Rd | Suite 3200 | | Rocky River | OH | 44116 | | 04/22/2021 | General Unsecured Administrative Priority | $14,428.20 | $10,420.40 | | | $4,007.80 |
| 402 | Sam Hong | | Address Redacted | | | | | | | 05/21/2021 | General Unsecured | $276,373.41 | $276,373.41 | | | |
| 7 | Seasons | Attn: Eduardo Mejia | 1698 San Gabriel Ave | | | Ventura | CA | 93004 | | 03/11/2021 | Priority | $23,274.00 | | | $23,274.00 | |
| 45 | Service-Pro Fire Protection Inc. | | PO Box 20144 | | | Oxnard | CA | 93034 | | 03/23/2021 | General Unsecured | $2,578.59 | $2,578.59 | | | |
| 309 | Shannon Smith | | Address Redacted | | | | | | | 05/17/2021 | General Unsecured Priority | $23,887.00 | $23,887.00 | | $0.00 | |
| 373 | Shell Energy North America (US) LP | c/o Shell Oil Company | Attn: Bankruptcy & Credit | 150 N Dairy Ashford Rd | Building F | Houston | TX | 77079 | | 05/20/2021 | General Unsecured Administrative Priority | $311,117.53 | $267,769.17 | | | $43,348.36 |
| 474 | Shell Energy North America (US) LP | c/o Shell Oil Company | Attn: Bankruptcy & Credit | 150 N Dairy Ashford Rd | Building F | Houston | TX | 77079 | | 07/22/2021 | General Unsecured | $3,238.48 | | | | $3,238.48 |
| 67 | Silvas Oil Co. Inc. | Attn: Patty Jeschien | PO Box 1048 | | | Fresno | CA | 93714-1048 | | 03/24/2021 | General Unsecured | $0.00 | Expunged | | | |
| 239 | Silvas Oil Co. Inc. | ATTN: PATTY JESCHIEN | PO Box 1048 | | | Fresno | CA | 93714-1048 | | 04/30/2021 | General Unsecured | $10,289.81 | $10,289.81 | | | |
| 430 | Smith Corona | Attn: Diane Schmitt | 3830 Kelley Ave | | | Cleveland | OH | 44114 | | 06/22/2021 | General Unsecured | $0.00 | Expunged | | | |
| 136 | SoCalGas | Attn: Abiola Dawodu | PO Box 30337 | | | Los Angeles | CA | 90030 | | 04/06/2021 | General Unsecured | $22,224.10 | $22,224.10 | | | |
| 1 | Source One Packaging, LLC | Attn: Richard Perillo | 20 Commerce Dr | Unit A | | Hauppauge | NY | 11788 | | 03/10/2021 | General Unsecured | $9,262.00 | $9,262.00 | | | |
| 108 | Southern California Edison Company | Attn: Tammy McCuller | 1551 W San Bernardino Rd | | | Covina | CA | 91722 | | 03/25/2021 | General Unsecured | $1,175,155.91 | $1,175,155.91 | | | |
| 16 | Specialty Tool & Mold Inc. | Attn: Eric Roggenbuck | 4542 Roger B. Chaffee Blvd SE | | | Grand Rapids | MI | 49548-7522 | | 03/16/2021 | General Unsecured | $11,900.00 | $11,900.00 | | | |
| 440 | STAMPCO | Attn: Stephanie | 1754 E Main St | | | Ventura | CA | 93001 | | 06/29/2021 | Administrative Priority | $487.85 | | | | $487.85 |
| 161 | Sterling Industries LP | Attn: Louis Rainer | 1621 E 27th St | | | Los Angeles | CA | 90011 | | 04/16/2021 | General Unsecured Administrative Priority | $422,753.93 | $306,606.43 | | | $116,147.50 |
| 353 | Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | | 05/19/2021 | Secured | $0.00 | | Expunged | | |
| 219 | Superior Sanitary Supplies | | 1730 Ives Ave | | | Oxnard | CA | 93033 | | 04/26/2021 | General Unsecured | $5,366.23 | $5,366.23 | | | |
| 73 | System Packaging Co. | | 5690 Rickenbacker Rd | | | Bell | CA | 90201 | | 03/25/2021 | General Unsecured | $10,777.03 | $10,777.03 | | | |
| 169 | Thermoformer Parts Suppliers | | 3818 Terry Diane | | | Beaverton | MI | 48612 | | 04/19/2021 | General Unsecured | $5,905.82 | $5,905.82 | | | |
| 260 | Thermoforming Systems LLC | Attn: Stephen PH Rachlis, Esq | 328 No Broadway | 2nd Floor | | Nyack | NY | 10960 | | 05/07/2021 | General Unsecured | $21,388.16 | $21,388.16 | | | |
| 292 | Tierney Industrial Warehouse | | 1401 W Cliff Dr | PO Box 442 | | Logansport | IN | 46947 | | 05/13/2021 | Secured | $1,080.00 | | $1,080.00 | | |
| 81 | Tooling Technology LLC | Attn: Gene B Ranly | 100 Enterprise Dr | | | Fort Loramie | OH | 45845 | | 03/26/2021 | General Unsecured | $4,848.90 | $4,848.90 | | | |
| 149 | TR Chem Solutions LLC | Attn: Thomas Rissmann | 6615 Grand Ave | Suite B-118 | | Gurnee | IL | 60031 | | 04/14/2021 | General Unsecured | $3,422.40 | $3,422.40 | | | |
| 307 | Tria America Inc. | | 10918 Granite St | | | Charlotte | NC | 28273 | | 05/17/2021 | General Unsecured Administrative Priority | $10,254.96 | $6,366.48 | | | $3,888.48 |
| 213 | Trinity Logistics Inc. | Attn: Doug Potvin | 50 Fallon Ave | PO Box 1620 | | Seaford | DE | 19973 | | 04/26/2021 | General Unsecured | $2,085.93 | $2,085.93 | | | |
| 506 | U.S. Customs and Border Protection | Attn: Revenue Division, Bankruptcy Team | 6650 Telecom Dr | Suite 100 | | Indianapolis | IN | 46278 | | 08/31/2021 | Priority | $0.00 | | | 0.00 + unliq/contingent | |
| 109 | Uline | Attn: Nancy L Halcom | 12575 Uline Dr | | | Pleasant Prairie | WI | 53158 | | 03/30/2021 | General Unsecured Administrative Priority | $14,585.45 | $10,744.57 | | | $3,840.88 |
| 107 | Ventura County Tax Collector | c/o Bankruptcy | 800 S Victoria Ave | | | Ventura | CA | 93009-1290 | | 03/31/2021 | Priority | $0.00 | | | Expunged | |
| 425 | Ventura County Tax Collector | c/o Bankruptcy | 800 S Victoria Ave | | | Ventura | CA | 93009-1290 | | 06/17/2021 | Priority | $741,462.63 | | | $741,462.63 | |
| 508 | Ventura County Tax Collector | c/o Bankruptcy | Attn: Mary K. Barnes | 800 S Victoria Ave | | Ventura | CA | 93009-1290 | | 09/22/2021 | Priority | $1,098,655.93 | | | $1,098,655.93 | |
| 160 | VFK Head Corp. | | Rm A-801, WooLim Blue-Nine | Yeomchang-dong 240-21 | Kangseo-gu | Seoul | | | South Korea | 04/16/2021 | General Unsecured | $14,462.00 | $14,462.00 | | | |
| 10 | Vortex Industries Inc | Attn: Michelle Crecelius | 20 Odyssey | | | Irvine | CA | 92618 | | 03/15/2021 | General Unsecured | $0.00 | Expunged | | | |
| 159 | W.W. Grainger Inc. | | 401 S Wright Rd | W4W.R47 | | Janesville | WI | 53546 | | 04/16/2021 | General Unsecured Priority | $5,218.43 | $4,008.99 | | $1,209.44 | |
| 111 | Wells Fargo Bank, N.A. | c/o Wells Fargo Equipment Finance, MSG | Attn: La Neice Scott | 800 Walnut St | MAC F0005-055 | Des Moines | IA | 50309 | | 04/01/2021 | General Unsecured | $52,558.42 | $52,558.42 | | | |
| 134 | West Coast Air Conditioning | | 561-A Kinetic Dr | | | Oxnard | CA | 93030 | | 04/08/2021 | General Unsecured | $0.00 | Expunged | | | |
| 220 | West Coast Electric Motors | Attn: Shannon | 1126 E 5th St | | | Oxnard | CA | 93030 | | 04/26/2021 | Secured | $8,152.36 | | $8,152.36 | | |
| 192 | Willdan Energy Solutions | Attn: Barbara Schoor | 2701 Loker Ave W | Suite 107 | | Carlsbad | CA | 92010 | | 04/22/2021 | General Unsecured | $52,982.34 | $52,982.34 | | | |
| 11 | Zee Medical Service Co. #34 | | 107 Bryant St | | | Ojai | CA | 93023 | | 03/15/2021 | General Unsecured | $3,320.58 | $3,320.58 | | | |
| 480 | Zemarc Corporation | Attn: Margarita Hristeva | 6431 Flotilla St | | | Commerce | CA | 90040 | | 07/22/2021 | General Unsecured Administrative Priority | $3,292.17 | $2,215.38 | | | $1,076.79 |
| 48 | Zoro Tools Inc. | Attn: Credit Services | PO Box 5233 | 401 S Wright Rd | | Janesville | WI | 53547-5233 | | 03/23/2021 | General Unsecured | $1,569.80 | $1,569.80 | | | |